United States Bankruptcy Court

Northern District of Texas

In re:                                                                                          Case No. 26-43495-elm

Connie Martin                                                                         Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-4                          User: admin                                    Page 1 of 3

Date Rcvd: Aug 06, 2026                     Form ID: 309A                               Total Noticed: 46

The following symbols are used throughout this certificate:

**Symbol       Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^            Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Connie Martin, 12008 Lostwood Trail, Fort Worth, TX 76244-2385 |
| 23460731 | + | AscensionPoint Recovery Services, LLC, 200 Coon Rapids Blvd. Suite 210, Coon Rapids, MN 55433-5867 |
| 23460735 | | Barclays Bank, PO Box 19899, Wilmington, DE 19899 |
| 23460737 | + | Best Buy/Citibank, 3451 Harry S Truman Blvd, Saint Charles, MO 63301-4047 |
| 23460738 | + | Brackett & Ellis, 100 Main St., Fort Worth, TX 76102-3008 |
| 23460744 | + | Department of Justice Tax, 1700 Pacific Ave. Suite 3700, Dallas, TX 75201-4656 |
| 23460753 | + | Northwest Federal Credit Union, 231 Maple Ave, East, Vienna, VA 22180-4630 |
| 23460756 | + | Rick Barnes Tarrant County Tax Assessor, 100 E Weatherford, Fort Worth, TX 76196-0206 |
| 23460764 | + | Texas Alcoholic Beverage Commission-Taxing Authori, 5806 Mesa Dr., Austin, TX 78731-3765 |
| 23460772 | + | William Martin, 12008 Lostwood Trail, Fort Worth, TX 76244-2385 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: clayton@norredlaw.com | Aug 06 2026 22:35:00 | Clayton Everett, 515 E. Border St., Ste 163, 76010, Arlington, TX 76010 |
| tr | + | EDI: QMDGARNER.COM | Aug 07 2026 02:25:00 | Marilyn Garner, Law Offices of Marilyn D. Garner, 2001 E. Lamar Blvd., Suite 200, Arlington, TX 76006-7347 |
| 23460730 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 06 2026 22:36:00 | Apple Card/GS Bank USA, Lockbox 6112 PO Box 7247, Philadelphia, PA 19170-0001 |
| 23460732 | ^ | MEBN | Aug 06 2026 22:34:21 | Attorney General, Main Justice Bldg, Room 5111, 10th & Constitution Ave., N.W., Washington, DC 20530-0001 |
| 23460733 | + | EDI: BANKAMER | Aug 07 2026 02:25:00 | Bank of America, 4909 Savarese Circle FL1-908-01-50, Tampa, FL 33634-2413 |
| 23460734 | + | EDI: BANKAMER | Aug 07 2026 02:25:00 | Bank of America Consumer Credit Cards, PO Box 672050, Dallas, TX 75267-2050 |
| 23460736 | + | EDI: SYNC | Aug 07 2026 02:25:00 | Belk Mc SYNCB, P.O. Box 669815, Dallas, TX 75266-0765 |
| 23460738 | + | Email/Text: ljalovec@belaw.com | Aug 06 2026 22:36:00 | Brackett & Ellis, 100 Main St., Fort Worth, TX 76102-3008 |
| 23460739 | + | EDI: CAPITALONE.COM | Aug 07 2026 02:25:00 | Capital One Bank - Consumer Credit Cards, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 23460740 | | EDI: CAPITALONE.COM | Aug 07 2026 02:25:00 | Capital One/Kohls, N56 Ridgewood Drive, Menomonee Fal, WI 53051 |
| 23460741 | + | EDI: CITICORP | Aug 07 2026 02:25:00 | Citibank, PO Box 790046, St. Louis, MO 63179-0046 |
| 23460742 | + | EDI: CITICORP | | |

District/off: 0539-4

User: admin

Page 2 of 3

Date Rcvd: Aug 06, 2026

Form ID: 309A

Total Noticed: 46

| | | | | |
|---|---|---|---|---|
| | | | Aug 07 2026 02:25:00 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |
| 23460743 | + | EDI: CITICORP | | |
| | | | Aug 07 2026 02:25:00 | Citicards CBNA, 5800 South Corporate Place Mail Code 234, Sioux Falls, SD 57108-5027 |
| 23460745 | + | Email/Text: dmcco.vbaspl@va.gov | | |
| | | | Aug 06 2026 22:35:00 | Dept. of Veterans Affairs, PO Box 11930, St. Paul, MN 55111-0930 |
| 23460746 | + | EDI: DISCOVER | | |
| | | | Aug 07 2026 02:25:00 | Discover Card Credit Cards, PO Box 6103, Carol Stream, IL 60197-6103 |
| 23460747 | + | EDI: DISCOVER | | |
| | | | Aug 07 2026 02:25:00 | Discovercard, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 23460748 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | | |
| | | | Aug 06 2026 22:36:00 | Goldman Sachs Bank USA, PO Box 70379, Philadelphia, PA 19176-0379 |
| 23460749 | + | EDI: IRS.COM | | |
| | | | Aug 07 2026 02:25:00 | IRS, Special Procedures-Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
| 23460750 | + | Email/Text: dallas.bankruptcy@LGBS.com | | |
| | | | Aug 06 2026 22:36:00 | LGBS, 100 Throckmorton St # 300, Fort Worth, TX 76102-2833 |
| 23460751 | + | Email/Text: dallas.bankruptcy@LGBS.com | | |
| | | | Aug 06 2026 22:36:00 | Linebarger Groggans Blair & Sampson, LLP, 3500 Maple Ave Ste 800, Dallas, TX 75219-3959 |
| 23460752 | + | EDI: CITICORP | | |
| | | | Aug 07 2026 02:25:00 | Macy's/Citi, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 23460754 | + | EDI: SYNC | | |
| | | | Aug 07 2026 02:25:00 | Paypal Credit/Syncb, PO BOX 71707, Philadelphia, PA 19176-1707 |
| 23460755 | + | Email/Text: emccain@pbfcm.com | | |
| | | | Aug 06 2026 22:36:00 | Perdue Brandon Fielder Collins and Mott LLP, 500 E. Border #640, Arlington, TX 76010-7457 |
| 23460757 | + | Email/Text: bankruptcyteam@rocketmortgage.com | | |
| | | | Aug 06 2026 22:36:00 | Rocket Mortgage, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 23460759 | + | EDI: SYNC | | |
| | | | Aug 07 2026 02:25:00 | SYNCB/Amazon, P.O. Box 965015, Orlando, FL 32896-5015 |
| 23460760 | + | EDI: SYNC | | |
| | | | Aug 07 2026 02:25:00 | SYNCB/Care Credit, P.O. Box 965061, Orlando, FL 32896-5061 |
| 23460761 | + | EDI: SYNC | | |
| | | | Aug 07 2026 02:25:00 | SYNCB/JC Penny, P.O. Box 965009, Orlando, FL 32896-5009 |
| 23460762 | | EDI: SYNC | | |
| | | | Aug 07 2026 02:25:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5060 |
| 23460763 | | EDI: SYNC | | |
| | | | Aug 07 2026 02:25:00 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, P.O. Box 965065, Orlando, FL 32896-5065 |
| 23460758 | | Email/Text: pacer@cpa.state.tx.us | | |
| | | | Aug 06 2026 22:36:00 | State Comptroller, Revenue Accounting Division, PO Box 13528, Austin, TX 78711 |
| 23460765 | + | Email/Text: bcd@oag.texas.gov | | |
| | | | Aug 06 2026 22:36:00 | Texas Attorney General's Office, Bankruptcy-Collections Div., PO Box 12548, Austin, TX 78711-2548 |
| 23460766 | + | Email/Text: collections.pacer@twc.texas.gov | | |
| | | | Aug 06 2026 22:36:00 | Texas Workforce Comm., TEC Building-Bankruptcy, 101 E. 15th Street, Austin, TX 78778-0001 |
| 23460767 | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | | |
| | | | Aug 06 2026 22:36:00 | U.S. Trustee, 1100 Commerce St., Rm 976, Dallas, TX 75242-0996 |
| 23460769 | + | Email/Text: bkelectronicnotices@usaa.com | | |
| | | | Aug 06 2026 22:35:00 | USAA FSB, 10750 McDermott Fwy, San Antonio, TX 78288-1600 |
| 23460768 | | Email/Text: bkelectronicnotices@usaa.com | | |
| | | | Aug 06 2026 22:35:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 McDermott Freeway 10750 McDermott, San Antonio, TX 78288-9876 |

District/off: 0539-4                    User: admin                              Page 3 of 3

Date Rcvd: Aug 06, 2026                 Form ID: 309A                           Total Noticed: 46

23460771        +  EDI: WFHOME

                                        Aug 07 2026 02:25:00    Wells Fargo Bank NA, Attn: Bankruptcy 1 Home
                                                                Campus MAC X2303, Des Moines, IA
                                                                50328-0001

23460770        +  EDI: WFHOME

                                        Aug 07 2026 02:25:00    Wells Fargo Bank NA, 1 Home Campus Mac
                                                                X2303-01a 3rd Floor, Des Moines, IA 50328-0001

TOTAL: 37

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2026                Signature:        /s/Gustava Winters

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: **Connie Martin**<br>First Name  Middle Name  Last Name | Social Security number or ITIN:  xxx–xx–7676<br>EIN:  _ _–_ _ _ _ _ _ _ | |
| Debtor 2:<br>(Spouse, if filing)  First Name  Middle Name  Last Name | Social Security number or ITIN:  _ _ _ _<br>EIN:  _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court:  Northern District of Texas | Date case filed for chapter:  7  8/6/26 | |
| Case number:  26–43495–elm7 | | |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   10/20

10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Connie Martin | | |
| 2. | **All other names used in the last 8 years** | aka Fran Martin | | |
| 3. | **Address** | 12008 Lostwood Trail<br>Fort Worth, TX 76244 | | |
| 4. | **Debtor's attorney**<br>Name and address | Clayton Everett<br>515 E. Border St.<br>Ste 163<br>76010<br>Arlington, TX 76010 | | Contact phone 817–704–3984<br><br>Email:  clayton@norredlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Marilyn Garner<br>Law Offices of Marilyn D. Garner<br>2001 E. Lamar Blvd., Suite 200<br>Arlington, TX 76006 | | Contact phone (817) 505–1499 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline Set**   page 1

Debtor  **Connie Martin**                                                                 Case number **26–43495–elm7**

| 6. | **Bankruptcy clerk's office** | 501 W. Tenth Street<br>Fort Worth, TX 76102 | Hours open:<br>Mon.–Fri. 8:30–4:30 |
|---|---|---|---|
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | | Contact phone 817–333–6000<br><br>Date: 8/6/26 |

| 7. Meeting of creditors | **September 2, 2026 at 11:30 AM** | Location: |
|---|---|---|
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 464 039 8681, and Passcode 0030076670, OR call 1–682–204–2647**<br><br>For additional meeting information, go to https://www.justice.gov/ust/moc |

| 8. | **Presumption of abuse** | The presumption of abuse does not arise. |
|---|---|---|
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | |

| 9. Deadlines | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 11/2/26** |
|---|---|---|
| The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| 10. Proof of claim | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
|---|---|
| Please do not file a proof of claim unless you receive a notice to do so. | |

| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|

| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
|---|---|