MARILYN D. GARNER, ESQ.
2001 E. Lamar Blvd., Suite 200
Arlington, Texas 76006
(817) 505-1499; (817) 549-7200 (FAX)
Chapter 7 Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**EFFECTIVE SEPTEMBER 4, 2026:**

The Law Office of Marilyn D. Garner gives notice of Change of address as follows:

## NOTICE OF CHANGE OF ADDRESS

2011 E. Lamar Blvd. , Ste. 250
Arlington, TX 76006

Dated: September 03, 2026

Respectfully submitted

*/s/ Marilyn D. Garner*
Marilyn D. Garner, Esq.
SBOT No. 07675550
2001 East Lamar Blvd., Suite 200
Arlington, Texas 76006
(817) 505-1499; (817) 549-7200 (FAX)