United States Bankruptcy Court

Northern District of Texas

In re: Case No. 26-43495-elm

Connie Martin Chapter 7

Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 05, 2026 | Form ID: 318 | Total Noticed: 45 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Connie Martin, 12008 Lostwood Trail, Fort Worth, TX 76244-2385 |
| 23460731 | + | AscensionPoint Recovery Services, LLC, 200 Coon Rapids Blvd. Suite 210, Coon Rapids, MN 55433-5867 |
| 23460735 | | Barclays Bank, PO Box 19899, Wilmington, DE 19899 |
| 23460737 | + | Best Buy/Citibank, 3451 Harry S Truman Blvd, Saint Charles, MO 63301-4047 |
| 23460744 | + | Department of Justice Tax, 1700 Pacific Ave. Suite 3700, Dallas, TX 75201-4656 |
| 23460753 | + | Northwest Federal Credit Union, 231 Maple Ave, East, Vienna, VA 22180-4630 |
| 23460756 | + | Rick Barnes Tarrant County Tax Assessor, 100 E Weatherford, Fort Worth, TX 76196-0206 |
| 23460764 | + | Texas Alcoholic Beverage Commission-Taxing Authori, 5806 Mesa Dr., Austin, TX 78731-3765 |
| 23460772 | + | William Martin, 12008 Lostwood Trail, Fort Worth, TX 76244-2385 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QMDGARNER.COM | Nov 06 2026 01:55:00 | Marilyn Garner, Law Offices of Marilyn D. Garner, 2001 E. Lamar Blvd., Suite 200, Arlington, TX 76006-7347 |
| 23460730 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Nov 05 2026 21:47:00 | Apple Card/GS Bank USA, Lockbox 6112 PO Box 7247, Philadelphia, PA 19170-0001 |
| 23460732 | ^ | MEBN | Nov 05 2026 21:33:33 | Attorney General, Main Justice Bldg, Room 5111, 10th & Constitution Ave., N.W., Washington, DC 20530-0001 |
| 23460733 | + | EDI: BANKAMER | Nov 06 2026 01:55:00 | Bank of America, 4909 Savarese Circle FL1-908-01-50, Tampa, FL 33634-2413 |
| 23460734 | + | EDI: BANKAMER | Nov 06 2026 01:55:00 | Bank of America Consumer Credit Cards, PO Box 672050, Dallas, TX 75267-2050 |
| 23460736 | + | EDI: SYNC | Nov 06 2026 01:55:00 | Belk Mc SYNCB, P.O. Box 669815, Dallas, TX 75266-0765 |
| 23460738 | + | Email/Text: ljalovec@belaw.com | Nov 05 2026 21:49:00 | Brackett & Ellis, 100 Main St., Fort Worth, TX 76102-3008 |
| 23460739 | + | EDI: CAPITALONE.COM | Nov 06 2026 01:55:00 | Capital One Bank - Consumer Credit Cards, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 23460740 | | EDI: CAPITALONE.COM | Nov 06 2026 01:55:00 | Capital One/Kohls, N56 Ridgewood Drive, Menomonee Fal, WI 53051 |
| 23460741 | + | EDI: CITICORP | Nov 06 2026 01:55:00 | Citibank, PO Box 790046, St. Louis, MO 63179-0046 |
| 23460742 | + | EDI: CITICORP | Nov 06 2026 01:55:00 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |
| 23460743 | + | EDI: CITICORP | Nov 06 2026 01:55:00 | Citicards CBNA, 5800 South Corporate Place Mail |

| | | | | |
|---|---|---|---|---|
| | | | | Code 234, Sioux Falls, SD 57108-5027 |
| 23460745 | + | Email/Text: dmcco.vbaspl@va.gov | Nov 05 2026 21:46:00 | Dept. of Veterans Affairs, PO Box 11930, St. Paul, MN 55111-0930 |
| 23460746 | + | EDI: DISCOVER | Nov 06 2026 01:55:00 | Discover Card Credit Cards, PO Box 6103, Carol Stream, IL 60197-6103 |
| 23460747 | + | EDI: DISCOVER | Nov 06 2026 01:55:00 | Discovercard, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 23460748 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Nov 05 2026 21:47:00 | Goldman Sachs Bank USA, PO Box 70379, Philadelphia, PA 19176-0379 |
| 23460749 | + | EDI: IRS.COM | Nov 06 2026 01:55:00 | IRS, Special Procedures-Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
| 23460750 | + | Email/Text: dallas.bankruptcy@LGBS.com | Nov 05 2026 21:49:00 | LGBS, 100 Throckmorton St # 300, Fort Worth, TX 76102-2833 |
| 23460751 | + | Email/Text: dallas.bankruptcy@LGBS.com | Nov 05 2026 21:49:00 | Linebarger Groggans Blair & Sampson, LLP, 3500 Maple Ave Ste 800, Dallas, TX 75219-3959 |
| 23460752 | + | EDI: CITICORP | Nov 06 2026 01:55:00 | Macy's/Citi, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 23460754 | + | EDI: SYNC | Nov 06 2026 01:55:00 | Paypal Credit/Syncb, PO BOX 71707, Philadelphia, PA 19176-1707 |
| 23460755 | + | Email/Text: emccain@pbfcm.com | Nov 05 2026 21:48:00 | Perdue Brandon Fielder Collins and Mott LLP, 500 E. Border #640, Arlington, TX 76010-7457 |
| 23460757 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Nov 05 2026 21:49:00 | Rocket Mortgage, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 23460759 | + | EDI: SYNC | Nov 06 2026 01:55:00 | SYNCB/Amazon, P.O. Box 965015, Orlando, FL 32896-5015 |
| 23460760 | + | EDI: SYNC | Nov 06 2026 01:55:00 | SYNCB/Care Credit, P.O. Box 965061, Orlando, FL 32896-5061 |
| 23460761 | + | EDI: SYNC | Nov 06 2026 01:55:00 | SYNCB/JC Penny, P.O. Box 965009, Orlando, FL 32896-5009 |
| 23460762 | | EDI: SYNC | Nov 06 2026 01:55:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5060 |
| 23460763 | | EDI: SYNC | Nov 06 2026 01:55:00 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, P.O. Box 965065, Orlando, FL 32896-5065 |
| 23460758 | | Email/Text: pacer@cpa.state.tx.us | Nov 05 2026 21:50:00 | State Comptroller, Revenue Accounting Division, PO Box 13528, Austin, TX 78711 |
| 23460765 | + | Email/Text: bcd@oag.texas.gov | Nov 05 2026 21:47:00 | Texas Attorney General's Office, Bankruptcy-Collections Div., PO Box 12548, Austin, TX 78711-2548 |
| 23460766 | + | Email/Text: collections.pacer@twc.texas.gov | Nov 05 2026 21:50:00 | Texas Workforce Comm., TEC Building-Bankruptcy, 101 E. 15th Street, Austin, TX 78778-0001 |
| 23460767 | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Nov 05 2026 21:49:00 | U.S. Trustee, 1100 Commerce St., Rm 976, Dallas, TX 75242-0996 |
| 23460769 | + | Email/Text: bkelectronicnotices@usaa.com | Nov 05 2026 21:46:00 | USAA FSB, 10750 McDermott Fwy, San Antonio, TX 78288-1600 |
| 23460768 | | Email/Text: bkelectronicnotices@usaa.com | Nov 05 2026 21:46:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 McDermott Freeway 10750 McDermott, San Antonio, TX 78288-9876 |
| 23460771 | + | EDI: WFHOME | Nov 06 2026 01:55:00 | Wells Fargo Bank NA, Attn: Bankruptcy 1 Home Campus MAC X2303, Des Moines, IA 50328-0001 |
| 23460770 | + | EDI: WFHOME | | |

| | |
|---|---|
| Nov 06 2026 01:55:00 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines, IA 50328-0001 |

TOTAL: 36

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Rocket Mortgage, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Clayton Everett | on behalf of Debtor Connie Martin clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Marilyn Garner | mgarner@ecf.axosfs.com;ajennings@marilyndgarner.com;courtdoc@marilyndgarner.net |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 3

**Information to identify the case:**

Debtor 1 Connie Martin
First Name Middle Name Last Name

Social Security number or ITIN xxx–xx–7676
EIN _ _–_ _ _ _ _ _ _

Debtor 2 (Spouse, if filing)
First Name Middle Name Last Name

Social Security number or ITIN _ _ _ _
EIN _ _–_ _ _ _ _ _ _

United States Bankruptcy Court Northern District of Texas

Case number: 26–43495–elm7

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Connie Martin
aka Fran Martin

11/4/26

**By the court:** Edward L. Morris
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for most taxes;
- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- ♦ some debts which the debtors did not properly list;
- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**